IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES T. PALADINO, | : |
| v. | : CIVIL ACTION |
| DANIEL BURNS, et al | : NO. 11-7470 |

## ORDER

**AND NOW**, this \_\_\_\_ day of July, 2013, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of the United States Magistrate Judge Elizabeth T. Hey, **IT IS ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The petition for a writ of habeas corpus is **DENIED**.

3. The discovery motions (Docs. 17 & 18) and the motion for appointment of counsel (Doc. 6) are **DENIED**.

4. There is <u>no</u> basis for the issuance of a certificate of appealability.

                                              **BY THE COURT:**

                                              /s/ Petrese B. Tucker

                                              _____

                                              **Hon. Petrese B. Tucker, C.J.**